IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AUCTUS FUND, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>DRONE GUARDER, INC.,<br>ADAM TAYLOR<br><br>      Defendant. | C.A. No. 21-cv-11193 (WGY) |

## DEFENDANT DRONE GUARDER, INC.'S RESPONSE TO COURT'S ORDER TO IDENTIFY CITIZENSHIP OF DEFENDANT

Pursuant to the Court's Order of November 16, 2021 (Dkt. 17) - that the parties identify their citizenship for the purposes of jurisdiction in this matter - Defendant Drone Guarder, Inc. states that according to the Nevada Secretary of State, Drone Guarder is incorporated in that state, and according to the California Secretary of State, Drone Guarder does business and is headquartered in Torrance, CA.

Respectfully submitted,

November 30, 2021

/s/ Timothy Cornell
Timothy Cornell (BBO# 654412)
tcornell@cornelldolan.com
Cornell Dolan, P.C.
10 Post Office Square, Suite 800 South
Boston, MA 02119
(617) 850-9036

## CERTIFICATE OF SERVICE

    I certify that a true copy of the above document will be served on this date on Auctus Fund through the Court's ECF filing service.

/s/ Timothy Cornell
Timothy Cornell